## People of the State of Illinois, Defendant in Error, v. Robert Quinlan (Impleaded), Plaintiff in Error.

### Gen. No. 50,485.

First District, Second Division.

January 11, 1966.

Ronald L. Boorstein, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Kenneth L. Gillis, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by PRESIDING JUSTICE BRYANT. Not to be published in full.